# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4076
_____

JOHN NICHOLAS HILL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

February 12, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John Nicholas Hill, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.